UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT KERNAN, et al.,<br><br>          Defendants. | No. 2:19-cv-0428 WBS AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 15. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 11, 2021, ECF No. 15, are adopted in full; and

1

2. For the reasons set forth in Section V of the April 16, 2021 Screening Order, ECF No. 11 at 4-7, Claims Two through Six and all defendants other than Rivera, Johnson, Byer, Escobar, and Walters are dismissed without prejudice.

Dated: July 6, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Hill0428.800